No. 09–1476. BOROUGH OF DURYEA, PENNSYLVANIA, ET AL. *v.* GUARNIERI. C. A. 3d Cir. [Certiorari granted, *ante*, p. 960.] Motion of the Acting Solicitor General for leave to participate in

oral argument as *amicus curiae* and for divided argument granted.